# RICHARD B. LIND

ATTORNEY AT LAW
488 MADISON AVENUE
19TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 868-7725
FACSIMILE (212) 371-2961
E-MAIL: rlindesq@aol.com
WEBSITE: www.richardlindlawyer.com

FAXED

May 7, 2012

Via Fax ((718) 613-2623)
Hon. Lois Bloom
United States Magistrate Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

*Application is granted.*
*SO ORDERED: s/ LB*
*5/7/12 USMJ*

Re: United States v. Stewart Mitchell
    12 CR 232 (ENV)

Dear Judge Bloom:

I am the CJA attorney for defendant Stewart Mitchell in the above-referenced case. Conditions of release, to include electronic monitoring, were modified for him on May 2, 2012, by Magistrate Judge Orenstein. At the suggestion of defendant's Pretrial Services officer, Michael Ilaria, this letter requests other modifications of his conditions of release: (i) extension of time to obtain a home phone line extension to and including May 25, 2012; and (ii) modification of the location monitoring condition to provide that "location monitoring with curfew as directed by Pretrial Services." The second proposed modification will enable Officer Ilaria to give Mitchell a daily schedule, and, if necessary, adjust it without having to burden the Court. The government does not object to these modifications.

Thank you in advance for the Court's prompt attention to this matter.

Respectfully submitted,

Richard B. Lind

cc: Tanisha Payne, Esq. (by email)
    Officer Michael Ilaria (by email)